UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                          Case No.: _____18-30468_____

James Massa                                     Chapter: _____7_____

                                                Judge: _____KCF_____

**NOTICE OF PROPOSED ABANDONMENT**

_____Karen E. Bezner_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk |
| --- | --- |
| | United States Bankruptcy Court |
| | United States Courthouse |
| | 402 East State Street |
| | Trenton, New Jersey 08608 |

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson, C.U.S.B.J.__ on ____January 15, 2019____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ____2____. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 178 Southwood Drive |
| --- | --- |
| | Old Bridge, New Jersey |
| | Valued at $300,000.00 |

| Liens on property: | Midland Mortgage, $340,000.00 |
| --- | --- |

| Amount of equity claimed as exempt: | $0.00 |
| --- | --- |

Objections must be served on, and requests for additional information directed to:

Name:     Karen E. Bezner, Trustee   /s/  Karen E. Bezner

Address:  567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076

Telephone No.: (908) 322-8484

*rev.8/1/15*

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                      Case No. 18-30468-KCF
James Massa                                                 Chapter 7
        Debtor                CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin               Page 1 of 2         Date Rcvd: Dec 13, 2018
                              Form ID: pdf905           Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
db             +James Massa,    178 Southwood DR,    Old Bridge, NJ 08857-1659
cr             +Santander Consumer USA Inc,    PO Box 961245,    Fort Worth, TX 76161-0244
517812700      +A-1 Collections Svc,    101 Grovers Mill Rd Ste,    Lawrenceville, NJ 08648-4706
517812701      +Academic Eye Center,    23 Oceanic Ave,    Staten Island, NY 10312-6511
517812702      +Amboy Bank,    3590 US Hwy 9,    Old Bridge, NJ 08857-3523
517812703      +Atlantic City Expressway,    PO Box 4971,    Trenton, NJ 08650-4971
517812704      +Bac Service, LLC,    P.O Box 538,    Howell, NJ 07731-0538
517812707       CVS Drugs,    PO Box 6380,    Aurora, IL 60598-0380
517812708      +ENT and Allergy Associates,    C/O Middle Country Collection Services,,
                 200 Parkway Drive South Suite 301,    Hauppauge, NY 11788-2025
517812710      +EZ Pass NJ,    P.O Box 4973,    Trenton, NJ 08650-4973
517812709      +Excel Urgent Care Of Nj LLC,    484 Temple Hill Rd Ste 104,    New Windsor, NY 12553-5529
517812711      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
517812712      +Horizon Blue Cross Blue Shield Of Nj,    P.O Box 656,    Newark, NJ 07101-0656
517812713      +Imaging Consultants of Essex,    PO Box 3247,    Indianapolis, IN 46206-3247
517812714      +JCP&L,    PO Box 16001,    Reading, PA 19612-6001
517812716      +JFK Medical Associates,    P.O Box 11912,    Newark, NJ 07101-4912
517812717      +JFK Medical Center,    C/O Paula G. Kaplan,    55 Morris Ave Ste 100,
                 Springfield, NJ 07081-1422
517812715      +Jeffrey Rapaport MD, PA,    333 Sylvan Ave., Ste 207,    Englewood Cliffs, NJ 07632-2732
517863438       Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517812719      +Lincare Inc,    PO Box 9521,    Amherst, NY 14226-9521
517812721      +Meridian OB/GYN Associates,    C/O Simon's Agency Inc,    PO Box 5026,    Syracuse, NY 13220-5026
517812722      +Middlesex Hospital Physicians, PA,    C/O Revenue Recoery Corp.,    PO Box 50250,
                 Knoxville, TN 37950-0250
517812724      +Midland Mortgage,    4515 Broadmoor Bluffs Dr,    Colorado Springs, CO 80906-8647
517812726      +Monmouth Ocean Hospital Service Corp,    4806 Megill Rd., Ste 3,    Neptune, NJ 07753-6926
517812728      +New Jersey Turnpike Authority,    PO Box 5042,    Woodbridge, NJ 07095-5042
517812729      +New York Thruway,    C/O Linebarger Goggan Blair & Sampson, L,    61 Broadway, Suite 2600,
                 New York, NY 10006-2840
517812730      +Old Bridge Municipal Utilities Authority,    71 Blvd West,    Cliffwood Beach, NJ 07735-6105
517812732      +Orthopedic Assoc. Of Central Jersey,    205 May St. Suite 202,    Edison, NJ 08837-3267
517812733      +PA Turnpike Commision,    C/O PennCredit,    916 S 14th St,    Harrisburg, PA 17104-3425
517812739      +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517812737      +Premier Urology Group LLC,    P.O Box 51079,    Newark, NJ 07101-5179
517812738      +Princeton Surgical Associates,    5 Plainsboro Rd Ste 400,    Plainsboro, NJ 08536-1915
517812740      +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
517812741      +Raritan Bay Med Center,    PO Box 48071,    Newark, NJ 07101-4871
517812742       Raritan Bay Physicians Group PC,    P.O Box 11987,    Newark, NJ 07101-4992
517812743      +Saint Barnabas Medical Center,    C/O BCA Financial Services, Inc,    18001 Old Cutler Rd Ste 462,
                 Miami, FL 33157-6437
517812744      +Saint Peters University Hospital,    C/O Schachter Portnoy, Llc,    3490 Us Rte 1,
                 Princeton, NJ 08540-5920
517812745      +Santander Consumer USA,    P.O Box 961288,    Fort Worth, TX 76161-0288
517812748      +State of NJ EXPASS/Delaware River Port A,    PO Box 4971,    Trenton, NJ 08650-4971
517812749      +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
517812750      +The Port Authority of NY & NJ,    Violations Processing Center,
                 C/O Linenbarger Goggan Blair & Sampson,,    61 Broadway, Ste 2600,    New York, NY 10006-2840
517812751      +Union Emergency Medical Unit,    PO Box 575,    Matawan, NJ 07747-0575
517812755      +White Plains Hospital,    C/O Trans-Continental Credit & Collectio,    PO Box 5055,
                 White Plains, NY 10602-5055

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 14 2018 00:40:19      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 14 2018 00:40:16      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517812705      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Dec 14 2018 00:42:21      Capital One Auto Finan,
                 3901 Dallas Pkwy,    Plano, TX 75093-7864
517817534       E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 14 2018 00:43:40
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517812706      +E-mail/Text: bankruptcy@cashcall.com Dec 14 2018 00:41:10      Cashcall Inc,    1 City Blvd W,
                 Orange, CA 92868-3621
517812718      +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 14 2018 00:39:22      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517812727       E-mail/Text: bankruptcydepartment@tsico.com Dec 14 2018 00:41:06      MTA Bridges & Tunnels,
                 C/O Transworld Systems Inc,    PO Box 15110,    Wilmington, DE 19850-5110
517812723      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 14 2018 00:40:15      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
517812725      +E-mail/Text: bankruptcydepartment@tsico.com Dec 14 2018 00:41:07      Minuteclinic Of New Jersey,
                 C/O Transworld Systems,    507 Prudential Rd,    Horsham, PA 19044-2308
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Dec 13, 2018
                              Form ID: pdf905          Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517812731      +E-mail/Text: bcwrtoff@cablevision.com Dec 14 2018 00:41:15      Optimum,
                 200 Jericho Quadrangle,    Jericho, NY 11753-2701
517812735      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2018 00:42:58
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
517812746      +E-mail/Text: bankruptcy@certifiedcollection.com Dec 14 2018 00:40:05
                 SBMC Multi Specialty - Nephro,    C/O Certified Credit & Collection Bureau,    PO Box 1750,
                 Whitehouse Station, NJ 08889-1750
517812752      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 14 2018 00:39:07
                 Verizon,    P.O Box 4003,   Acworth, GA 30101-9004
517812753       E-mail/Text: bankruptcydepartment@tsico.com Dec 14 2018 00:41:07       Viking,
                 C/O Transworld Systems Inc,    PO Box 15520,    Wilmington, DE 19850-5520
517812754      +E-mail/Text: bankruptcyreports@wakeassoc.com Dec 14 2018 00:41:09       Wakefield & Association,
                 P.O Box 58,   Fort Morgan, CO 80701-0058
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517812720        Maryland Tranportation Authority
517812734        Plain Green
517812736*     +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
517812747     ##+Shoprite,   C/O Collections Acquisition Company, Inc,    Payliance,   3 Easton Oval, Ste 210,
                 Columbus, OH 43219-6011
                                                                                   TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2018 at the address(es) listed below:
```
              John R. Morton, Jr.   on behalf of Creditor    Santander Consumer USA Inc ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert C. Nisenson    on behalf of Debtor James  Massa rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```