UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: __18-30468__

James Massa : Chapter: __7__

: Judge: __Ferguson__

Debtor(s) :

**CERTIFICATION OF NO OBJECTION**

I __Gary A. Nau__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
178 Southwood Drive, Old Bridge, New Jersey.

JEANNE A. NAUGHTON, Clerk

Date: __1/9/2019__     By: __Gary A. Nau__

*rev.2/10/17*